UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____

|  |  |
|---|---|
| In Re:<br><br>JUSTO REYES<br><br>Debtor. | **ORDER**<br><br>Case No.: 08-23228-ash<br>(Chapter 7)<br><br>Assigned to:<br>Hon. ADLAI S. HARDIN, JR.<br>Bankruptcy Judge |

_____

America's Servicing Company As Servicer For US Bank, National Association, As Trustee For Asset-Backed Pass-Through Certificates, Series 2007-AHL1, a secured creditor of Debtor, ("Secured Creditor") having moved this Court for an Order modifying the Automatic Stay in this proceeding by permitting said Secured Creditor to foreclose on the mortgage of premises commonly known as 90 Lakeview Avenue, Hartsdale, NY 10530, of which the Debtor is the owner of record, and

The motion having come to be heard before this Court and no opposition having been submitted by Mark S. Tulis, Esq., the Chapter 7 Trustee, by the U.S. Trustee, or by Bruce K. Mogavero, Esq., counsel for the Debtor, and due deliberation having been had, now

Upon Reading and Filing of the Notice of Motion, the Application of Secured Creditor dated November 3, 2008, and proof of service upon all necessary parties, upon motion of the Office of Steven J. Baum, P.C., it is hereby

ORDERED, that as to the Secured Creditor or its successors or assigns, the automatic stay is terminated, permitting it to foreclose or otherwise pursue its mortgage remedies and rights on the premises commonly known as 90 Lakeview Avenue, Hartsdale, NY 10530; and it is further

ORDERED, that the Trustee retain any and all interest that said Trustee may have in any surplus monies that may be produced from a foreclosure sale of the property, and will be noticed of any such sale of the property and surplus money proceedings.


DATED:    White Plains, New York
          November 25, 2008


                                        /s/ Adlai S. Hardin, Jr.
                                        Hon. ADLAI S. HARDIN, JR., U.S.B.J.