UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X

| | |
|---|---|
| IN RE: | CASE NO.: 08-23228 rdd |
| Justo Reyes, | Chapter: 7 |
| DEBTOR. | JUDGE: Robert D. Drain |

-----------------------------------------------------X

## ORDER GRANTING RELIEF
## FROM THE AUTOMATIC STAY

**UPON** consideration of the application of Deutsche Bank National Trust Company, as Indenture Trustee, on behalf of the holders of the Terwin Mortgage Trust 2007-4HE Asset-Backed Securities, Series 2007-4HE, without recourse ("Movant"), dated April 27, 2009, and no opposition appearing thereto; and it having been determined that Movant is entitled to relief from the automatic stay under Bankruptcy Rule 4001, 11 U.S.C. 105(a), 11 U.S.C. 362(d)(1) and 11 U.S.C. 362(d)(2), it is hereby

**ORDERED** that the application of Movant is granted modifying the automatic stay with respect to the property located at 1521 Bryant Avenue, Bronx, NY 10460, (the "Premises") to the extent necessary to allow Movant, its successors and/or assigns to commence and/or continue foreclosure and eviction proceedings on the Premises; and it is further

**ORDERED** that Movant shall serve a copy of the referee's report of sale upon the case trustee, and the trustee shall receive notice of any surplus monies that may exist after the sale; and it is further

**ORDERED** that the stay invoked pursuant to F.R.B.P. 4001(a)(3) is waived and this order is effective upon the signing of this order.

Dated:   July 2, 2009
         New York, New York

/s/ Robert D. Drain
Hon. Robert D. Drain
United States Bankruptcy Judge